UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                 :

AMY ARUNDELL, *et al.*,              :

                       Plaintiffs,   :
                                    :            25-CV-3382 (VSB)
          - against -          :
                                    :            **ORDER**

UNITED FEDERATION OF TEACHERS,  :

                     Defendant.   :
                                      :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       It is my understanding that the elections have taken place.  (*See* Doc. 9 (noting that "ballots [are] set to be counted on May 29, 2025").)  Accordingly, it is hereby:

       ORDERED that the parties file on or before July 2, 2025 a status update of this case, including whether the elections have occurred, what relief Plaintiffs seek, and whether this case should proceed or be dismissed.  If the parties seek to voluntarily dismiss this case, they shall do so on or before July 2, 2025.

SO ORDERED.

Dated: June 10, 2025
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge