# EXHIBIT 1

**Langer, Alexander**

---

| | |
|---|---|
| **From:** | Beth A. Norton <BNorton@uft.org> |
| **Sent:** | Friday, May 2, 2025 9:18 AM |
| **To:** | Amy Arundell |
| **Cc:** | Carl Cambria; Yasmin Colon |
| **Subject:** | [EXTERNAL] Caucus emails to UFT membership [IMAN-UFTLEGAL.FID5254] |

Amy,

Per your request to send campaign emails, and consistent with the 2025 UFT Election Guide, below is a summary of the costs and procedures for utilizing the UFT email system for campaign purposes.  This information is also being sent to the Election Committee  so that all caucuses/slates/candidates have the same information.

Should ABC choose to proceed, we would need your payment (based on the timing of the request as set forth below), including the start-up costs, as well as the content you wish to send.  Should other caucuses wish to avail themselves of this procedure subsequent to ABC's payment, they will be charged their portion of the start-up fee and ABC will be reimbursed by the UFT.

Should you have any questions please reach out to the Election Coordinator, Yasmin Colon.

Caucus email Costs and Scheduling

1. Set-Up

As has been discussed in previous years, for the UFT to send campaign emails on behalf of internal caucuses there needs to be some set-up work.  Specifically, the designers need to design a template that has a different look and feel than the typical UFT email so that it is clear this is not a UFT endorsement of a candidate/slate/caucus.  Secondly, to preserve the integrity of the UFT email database, our Salesforce Marketing & Salesforce team would need to set-up a standalone opt-out provision so that members could opt-out of internal political emails but not opt out of all UFT emails.

This set-up process involves UFT staff from Salesforce Marketing, IS, and Communications. It is projected this cost would be $4,405.07 total.  This one-time cost would be divided among any caucuses/slates that wish to avail themselves of this process.  So, for example, should all three caucuses elect to participate in an email campaign program, the one-time set-up cost would be $1,468.36 per caucus.

2. Cost per email

Per email, there are also some nominal labor costs, including proof-reading (anything that is sent from the UFT will be proof-read, the content will not be edited), formatting and the back-end cost of managing the separate opt-out list.  This labor cost is projected to be $780.40 per batch email.  Note, the UFT Salesforce Marketing department has a policy requiring 2 weeks' (14 calendar days) notice for an email campaign.  They do, however, also work rush jobs.  Should a caucus wish to send out a email with less than 2 weeks (14 calendar days) but more than 1 week (7 calendar days), the labor cost is 1.5 times the regular rate ($1,170,60).  Should a caucus wish to send out an email with notice of 1 week (7 calendar days) or less, the labor cost is 2 times the regular rate, ($1,560.80). Under no circumstances will a caucus campaign email request be considered with less than 3 business days' notice.

In addition, there is a Salesforce fee of $0.06 per email sent.  With regard to the current request from ABC, this would break down as follows:

1

| Group | # of Recipients | Cost |
|---|---|---|
| All Members | 179,252 | $1,075.51 |
| All In-Service Members | 108,306 | $649.84 |
| All RTC | 46,285 | $277.71 |
| All Providers | 12,998 | $77.99 |

Accordingly, the cost per email would be the labor cost plus the applicable Salesforce cost.  For example, a timely (2 weeks' notice) request for a campaign email to all members would be $780.40 + $1,075.51 for a total of $1,855.91.

3.  Scheduling

Should the UFT have a previously scheduled or emergent targeted email to any of the groups to whom a caucus wishes to send campaign material, the UFT business would take precedent. In that situation, the caucus email would be sent the first available day following the requested day. In addition, unless all part of the same email, we cannot send emails from multiple caucuses to the same group on the same day (e.g., all three slates cannot send an All Member email on the same day).

Additionally, the caucus will need to timely approve the draft message prior to sending.

Finally, it should be noted that, from time to time, there are system failures. As soon as the Salesforce Marketing team is aware of an issue they do a re-send to correct the problem.


Regards
Beth

2