Alan Klinger
212 378 7677
aklinger@Steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com



July 2, 2025

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:    **Arundell, et al. v. United Federation of Teachers, No.: 1:25-cv-03382-VSB**

Dear Judge Broderick:

Our firm represents Defendant United Federation of Teachers ("UFT") in the above-referenced matter. We write on behalf of both parties in response to the Court's June 10, 2025 Order instructing UFT and Plaintiffs to provide a status update for this case [ECF Doc. No. 28].

On May 1, 2025, following oral argument on Plaintiffs' motion for injunctive relief, the Court ordered that (1) the UFT provide Plaintiffs, by May 2, 2025 at 10 a.m., the breakdown of costs and other logistical information regarding Plaintiffs' request, (2) Plaintiffs provide the UFT, by May 2, 2025 at 12 p.m., the campaign email that Plaintiffs request be sent, and (3) the UFT send out that campaign email to the appropriate parties by May 7, 2025 [ECF Doc. No. 24].

On Friday, May 2, 2025 at 9:18 a.m., the UFT sent Plaintiff Amy Arundell an email summarizing the costs and procedures for using the UFT email system for campaign purposes.[1] This email was also sent to the Election Committee, to ensure that all caucuses, slates, and/or candidates had the same information and the same opportunity to use the UFT email system for campaign purposes. In the end, no campaign email was sent.

Beginning on May 1, 2025, ballots were mailed as scheduled, and voting took place by mail and at limited in-person locations through May 28, 2025. Global Election Services (GES), the UFT's independent election administrator, began counting ballots on May 29, 2025.

On May 31, 2025, the UFT announced the preliminary results of the election. UFT President Michael Mulgrew was reelected, and Mulgrew and the Unity Caucus candidates received

---

[1] A copy of this email is attached to this letter as Exhibit 1.

Hon. Vernon S. Broderick
July 2, 2025
Page 2

approximately 54% of the vote. Plaintiffs won approximately 32% of the vote, while the ARISE Caucus won approximately 14% of the vote. A total of 58,318 ballots were returned, a 15% increase compared to the 2022 UFT election. The results have since been certified by GES.

UFT counsel corresponded with Plaintiffs' counsel on June 26, 2025, with Plaintiffs' counsel agreeing that, with the conclusion of the election, this case should be dismissed. As such, the UFT and Plaintiffs agree that this case should be dismissed, and respectfully request the Court to do so.

Respectfully submitted,

/s/ *Alan M. Klinger*

Alan M. Klinger
*Counsel for United Federation of Teachers*

cc:    All counsel of Record (via ECF)

SO ORDERED:

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Date: July 7, 2025

The Clerk of Court is respectfully directed to close this case.